JAMES H. WALTON, ESQ.
Nevada State Bar No. 449
FABIAN VANCOTT
601 South Tenth Street, Suite 204
Las Vegas, Nevada 89101
Telephone: (702) 233-4444
Facsimile: (877) 898-1168
Email: jwalton@fabianvancott.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SAHARA MEADOWS PROPERTIES INC., a Nevada corporation,<br><br>　　　　Defendant. | CASE NO.: 2:18-cv-00929-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between ROBERT P. SPRETNAK, ESQ., counsel for Plaintiff JOHN MEGGS, and JAMES H. WALTON, ESQ., counsel for Defendant SAHARA MEADOWS PROPERTIES, INC., that the time for Defendant to respond to the Complaint for Declaratory and Injunctive Relief and Related State Law Claims shall be extended fourteen (14) days from Wednesday, July 11, 2018 to Wednesday, July 25, 2018.

/ /

/ /

/ /

/ /

FABIAN VANCOTT
601 South Tenth Street, Suite 204
Las Vegas, Nevada 89101
Phone: (702) 233-4444 • Fax: (877) 898-1168

This is the first request. This request is made because counsel for the Defendant has numerous other matters requiring immediate attention.

DATED this 11th day of July 2018.

| | |
|---|---|
| */s/ James H. Walton* | */s/ Robert P. Spretnak* |
| JAMES H. WALTON, ESQ. | ROBERT P. SPRETNAK, ESQ. |
| Nevada State Bar No. 449 | Nevada State Bar No. 5135 |
| FABIAN VANCOTT | LAW OFFICE OF ROBERT P. SPRETNAK |
| 601 South Tenth Street, Suite 204 | 8275 South Eastern Avenue, Suite 200 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89123 |
| Telephone: (702) 233-4444 | Telephone: (702) 454-4900 |
| Facsimile: (877) 898-1168 | Facsimile: (702) 938-1055 |
| Email: jwalton@fabianvancott.com | Email: bob@spretnak.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 13, 2018