# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

John Meggs

    Plaintiff(s),

vs.

Sahara Meadows Properties, Inc.

    Defendant(s).

Case #2:18-cv-929-GMN-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    __John P. Fuller__, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

__Fuller, Fuller & Associates, P.A.__
(firm name)

with offices at __12000 Biscayne Blvd., Suite 502__,
(street address)

__North Miami__, __Florida__, __33181__,
(city) (state) (zip code)

__305-891-5199__, __jpf@fullerfuller.com__.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__John Meggs__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____July 3, 1979_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Florida_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please see attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
The Florida Bar
Dade County Bar Association
Academy of Florida Trial Lawyers

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| July 17, 2017 | Meggs v. Lutfi, et al. | District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __Florida__ )
COUNTY OF __Miami-Dade__ )

__John P. Fuller__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__10th__ day of __July__, __2018__.

_____
Notary Public or Clerk of Court

MIRIAM FRANKEL
State of Florida-Notary Public
Commission # GG 198924
My Commission Expires
May 09, 2022

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Robert P. Spretnak__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__8275 S. Eastern Ave., Suite 200__,
(street address)

__Las Vegas__, __Nevada__, __89123-2545__,
(city)         (state)         (zip code)

__702-454-4900__, __bob@spretnak.com__.
(area code + telephone number)  (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Robert P. Spretnak_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

John Meggs
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5135                    bob@spretnak.com
Bar number              Email address

APPROVED:

Dated: this __23__ day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

5

Rev. 5/16

Attachment to No. 4 - List of Courts to which John P. Fuller is admitted to practice

| Courts | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Florida | 7/3/79 | FL Bar No. 0276847 |
| Southern District of Florida | 10/24/79 | FL Bar No. 0276847 |
| Middle District of Florida | 6/21/01 | FL Bar No. 0276847 |
| Northern District of Florida | 1/10/03 | FL Bar No. 0276847 |
| District of Colorado | 10/24/14 | CO doesn't issue #'s |
| Northern District of Texas | 4/13/05 | TX State No. 578081 |
| Southern District of Texas | 4/12/05 | TX State No. 578081 |
| Western District of Texas | 3/23/16 | FL Bar No. 0276847 |
| Northern District of Illinois | 4/10/07 | Fed I.D. No. 0276847 |
| 5th Circuit Court of Appeals | 11/13/81 | FL Bar No. 0276847 |
| 11th Circuit Court of Appeals | 10/1/79 | FL Bar No. 0276847 |

# Supreme Court of Florida
## Certificate of Good Standing

I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### JOHN PAUL FULLER

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on July 3, 1979, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this May 14, 2018.

Clerk of the Supreme Court of Florida.