JAMES H. WALTON, ESQ.
Nevada State Bar No. 449
FABIAN VANCOTT
411 E. Bonneville Ave., Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 233-4444
Facsimile: (877) 898-1168
Email: jwalton@fabianvancott.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS,<br><br>　　　Plaintiff,<br><br>vs.<br><br>SAHARA MEADOWS PROPERTIES INC., a Nevada corporation,<br><br>　　　Defendant. | CASE NO.: 2:18-cv-00929-GMN-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO DISCOVERY REQUESTS**<br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between JOHN P. FULLER, ESQ. and ROBERT P. SPRETNAK, ESQ., counsel for Plaintiff JOHN MEGGS, and JAMES H. WALTON, ESQ., counsel for Defendant SAHARA MEADOWS PROPERTIES, INC., that the time for Defendant to respond to Plaintiffs' First Request for Production, Plaintiff's Request for Admissions to Defendant, and Plaintiff's Interrogatories to Defendant shall be extended from November 26, 2018 to December 17, 2018.

/ /

/ /

/ /

/ /

**FABIAN VANCOTT**
411 E. Bonneville Ave., Suite 400
Las Vegas, Nevada 89101
Phone: (702) 233-4444 • Fax: (877) 898-1168

This is the second request. This request is made because the parties have tentatively agreed to settle this case, and time is needed to finalize a settlement agreement. The request is also made so that Defendant will not be to spend time and effort responding to these discovery requests while a settlement is pending.

DATED this 20th day of November 2018.

| | |
|---|---|
| */s/ James H. Walton* | */s/ John P. Fuller* |
| JAMES H. WALTON, ESQ. | JOHN P. FULLER, ESQ. |
| Nevada State Bar No. 449 | Admitted Pro Hac Vice |
| FABIAN VANCOTT | FULLER, FULLER & ASSOCIATES, P.A. |
| 411 E. Bonneville Ave., Suite 400 | 12000 Biscayne Boulevard, Suite 502 |
| Las Vegas, Nevada 89101 | North Miami, Florida 33181 |
| Telephone: (702) 233-4444 | Telephone: (305) 891-5199 |
| Facsimile: (877) 898-1168 | Facsimile: (305) 893-9505 |
| Email: jwalton@fabianvancott.com | Email: jpf@fullerfuller.com |
| *Attorneys for Defendant* | */s/ Robert P. Spretnak* |
| | ROBERT P. SPRETNAK, ESQ. |
| | Nevada State Bar No. 5135 |
| | LAW OFFICE OF ROBERT P. SPRETNAK |
| | 8275 South Eastern Avenue, Suite 200 |
| | Las Vegas, Nevada 89123 |
| | Telephone: (702) 454-4900 |
| | Facsimile: (702) 938-1055 |
| | Email: bob@spretnak.com |
| | *Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 20, 2018

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO DISCOVERY REQUESTS (Second Request) - 2